UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



**FILED**
SEP 11 2008
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| TERRENCE DUBOIS STINSON, | CIV 07-4100 |
| Petitioner, | |
| -vs- | JUDGMENT |
| BOB DOOLEY, Warden, | |
| Respondent. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the Order filed on this date with the clerk,

IT IS ORDERED, ADJUDGED, and DECREED that Petitioner's application for a writ of habeas corpus is dismissed with prejudice.

Dated this 11th day of September, 2008.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By: _____, Deputy